USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1/16/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
BRAULIO THORNE,
*On Behalf Of Himself And All Other Persons Similarly Situated,*

         Plaintiffs,    19-CV-10108 (ALC)

  -against-           **ORDER**

DICK BLICK HOLDINGS, INC.,

         **Defendant.**

---------------------------------------------------------------- x

**ANDREW L. CARTER, JR., District Judge:**

The Court is in receipt of Defendant's request for a pre-motion conference in anticipation of Defendant's motion to dismiss. To date, Plaintiff has not filed a response. Plaintiff is hereby **ORDERED** to file a response, in writing, to Defendant's request on or before **January 24, 2020.**

**SO ORDERED.**

Dated:  January 16, 2020
     New York, New York

              _____
              ANDREW L. CARTER, JR.
              United States District Judge