USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1/24/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x
BRAULIO THORNE,
*and on behalf of all other persons similarly situated*

                                              **Plaintiffs**,

              -against-

DICK BLICK HOLDINGS, INC.,

                                              **Defendant.**
------------------------------------------------------------------ x

**19-CV-10108 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

The Court is in receipt of the Parties' letters regarding Defendant's anticipated motion to dismiss. ECF Nos. 10-12. The Court encourages the Parties to engage in settlement discussions in this matter. The Parties are hereby **ORDERED** to submit a Joint Status Report indicating the status of such settlement discussions by **February 14, 2020**. If this matter is not resolved by that date, then the Parties should also propose a briefing schedule for Defendants' motion to dismiss in the Joint Status Report.

**SO ORDERED.**

**Dated:**      January 24, 2020
                New York, New York

                                                _____
                                                ANDREW L. CARTER, JR.
                                                **United States District Judge**