USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 3/3/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x
BRAULIO THORNE,
*On Behalf Of Himself And All Other Persons Similarly Situated,*

          Plaintiffs,      19-CV-10108 (ALC)

   -against-            **ORDER**

DICK BLICK HOLDINGS, INC.,

          Defendant.
------------------------------------------------------------------- x

**ANDREW L. CARTER, JR., District Judge:**

It having been reported to this Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty (30) days.

**SO ORDERED.**

**Dated:**  **March 3, 2020**
     **New York, New York**

               _____
               **ANDREW L. CARTER, JR.**
               **United States District Judge**