UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
BRAULIO THORNE, on behalf of himself and
all other persons similarly situated,

                     Plaintiff,

           -against-

DICK BLICK HOLDINGS, INC.,

                     Defendant.
---------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 4/6/2020

Case No. 19-cv-10108 (ALC)

**STIPULATION OF DISMISSAL PURSUANT TO F.R.C.P. §41(a)(1)(A)(i)**

     IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, attorneys of record for the respective parties in the above-captioned action, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all the claims asserted or could have been asserted in the above-captioned action against the defendants are hereby voluntarily dismissed with prejudice and without costs.

Dated: March 27, 2020

**GOTTLIEB & ASSOCIATES**

By: /s/ Jeffrey M. Gottlieb
    Jeffrey M. Gottlieb, Esq.
    150 E. 18th Street, Suite PHR
    New York, New York 10003
    (212) 228.9795
    NYJG@aol.com
    *Attorneys for Plaintiff*

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

By: /s/ Peter T. Shapiro
    Peter T. Shapiro, Esq.
    77 Water Street, 21st Floor
    New York, NY 10005
    (212) 232.1300
    Peter.Shapiro@lewisbrisbois.com
    *Attorneys for Defendant*

SO ORDERED:

_____
                             U.S.D.J.

April 6, 2020

4836-5800-1080.1